IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIELLE P.                          :          CIVIL ACTION
                                     :
        v.                           :
                                     :
FRANK BISIGNANO,                     :
Commissioner of Social Security      :          NO.  24-6723

## **O R D E R**

AND NOW, this  23rd  day of March, 2026, upon consideration of Plaintiff's

Brief and Statement of Issues (Doc. 9), the response (Doc. 13), the reply (Doc. 14), and

after careful consideration of the administrative record (Doc. 8), IT IS HEREBY

ORDERED that:

1.    JUDGMENT is entered REVERSING the decision of the Commissioner of
      Social Security for the purposes of this remand only and the relief sought
      by Plaintiff is GRANTED to the extent that the matter is REMANDED for
      further proceedings consistent with this adjudication;

2.    The Clerk of Court is hereby directed to mark this case closed.

                        BY THE COURT:

                        */s/ Caroline Goldner Cinquanto.*
                        _____
                        CAROLINE GOLDNER CINQUANTO, U.S.M.J.